PROB. 35　　　　　　　　　　　　　　　　　　　　　　　Report and Order Terminating Probation/Supervised
(Rev. 7/04)　　　　　　　　　　　　　　　　　　　　　　　　Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

　　　　　*v.*　　　　　　　　　　Docket # 4:13CR3088-2

**Melody Bailey**

　　　　On August 6, 2012, Melody Bailey was sentenced to 42 months custody, to be followed by four years of supervised release. The period of supervised release commenced on August 6, 2012. Melody Bailey has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Melody Bailey be discharged from supervision.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*Amber M. Prusa*
　　　　　　　　　　　　　　　　　　　Amber M. Prusa
　　　　　　　　　　　　　　　　　　　U.S. Probation Officer Assistant

### ORDER OF THE COURT

　　　　Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

　　　　Dated this   6th   day of   May  , 2014.

　　　　　　　　　　　　　　　　　　　  s/ Richard G. Kopf  
　　　　　　　　　　　　　　　　　　　The Honorable Richard G. Kopf
　　　　　　　　　　　　　　　　　　　United States District Judge